**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ERIC N. POLSTON,**                                                                                **Plaintiff,**

**v.**                                              **CV 3:08 0206 JMM**

**FORD MOTOR COMPANY, INC.,**                                                   **Defendant.**

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## JIM PRATT

COMES the Plaintiff Eric Polston, by his attorneys, Paul Byrd, a member in good standing of the Arkansas Bar and the bar of this Court and moves this Court for an Order allowing out-of–state counsel, Jim Pratt, admission before the Court, *pro hac vice* and in support of said Motion states:

1.    Paul Byrd and Hare, Wynn, Newell and Newton, LLP appear before this Court as attorneys of record for the Plaintiff, Eric Polston.

2.    Jim Pratt is a citizen and resident of the State of Alabama and a partner in the firm of Hare, Wynn, Newell and Newton, LLP.  He is a member in good standing of the bar of the State of Alabama, the Supreme Court of Alabama and the United States District Court of Alabama.  Mr. Pratt's Alabama Bar number is ASB-3333-A61J.

3.    The office address for Mr. Pratt is Hare, Wynn, Newell and Newton, LLP, The Massey Building, 2025 Third Avenue North, Suite 900, Birmingham, Alabama 35203.

WHEREFORE, PREMISES CONSIDERED, Paul Byrd prays that Jim Pratt, be admitted to practice before this Honorable Court as co-counsel for Plaintiff, Eric Polston in the above

styled cause of action.

          Respectfully submitted,

          /s/Paul Byrd_____
          Paul Byrd
          Hare, Wynn, Newell and Newton, LLP
          A Limited Liability Partnership
          Metropolitan National Plaza
          4220 North Rodney Parham Rd., Suite 250
          Little Rock, Arkansas 72212
          paulbyrd@hwnn.com
          (501) 225-5500

          Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Edwin L. Lowther, Jr.
Scott A. Irby
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
elowther@wlj.com
sirby@wlj.com

          /s/ Paul Byrd
          Paul Byrd