UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC N. POLSTON                                                                     PLAINTIFF

v.                              Case No. 3:08-cv-206-DPM

FORD MOTOR COMPANY, INC.                                              DEFENDANT

ORDER

The parties tried this case to a jury during the first two weeks of this month. After the intervening holiday weekend, October 9th–11th, juror Gerald Ray Goza informed the Court that his employer had ended Goza's employment over the weekend at least in part because of Goza's jury service. The Court took this matter under advisement pending conclusion of the trial.

The Court now directs Goza's employer — Chris Riggs d/b/a C&T Farms, Cash, Arkansas — to appear for a hearing and show cause. The hearing will be to determine whether the employer violated 28 U.S.C.A. § 1875 by terminating juror Goza. The hearing will be held on 5 November 2010 at 1:00 p.m., at the E.C. "Took" Gathings United States Courthouse, Room 324, 615

S. Main Street, Jonesboro, Arkansas 72401. Unless Riggs desires to represent himself, his lawyer should attend with him.

Pursuant to 28 U.S.C. § 1875(d)(1), the Court construes juror Goza's report as a claim and an application for counsel, tentatively concludes that the claim has probable merit, and appoints counsel to represent Goza in this matter. The Court appoints William J. Stanley, with the law firm Stanley & Thyer, P.A., 326 S. Church St., Jonesboro, Arkansas 72401.

The Court directs the United States Marshal to locate Riggs and serve this order on him as soon as practicable. And the Court directs the Clerk of the Court to serve this order electronically on Mr. Stanley and mail this order to juror Goza at 101 Frances Street, Cash, Arkansas 72421.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

26 October 2010