IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC POLSTON                                                              PLAINTIFF

v.                           Case No. 3:08-cv-206-DPM

FORD MOTOR COMPANY, INC.                                  DEFENDANT

ORDER

The Court convened the show-cause hearing about juror Gerald Ray Goza's employment issue on 5 November 2010. In light of the disputed facts about the reasons for Goza's termination, he and his former employer reached a compromise. The settlement requires Chris Riggs d/b/a C&T Farms to pay Goza $2,000.00 for lost wages (less the usual withholdings for taxes and the like) and to pay Goza's attorney a $250.00 fee. Riggs agreed to make both payments by 12 November 2010. This compromise strikes the Court as a reasonable resolution in the circumstances.

The Court thanks Mr. Stanley for accepting the appointment as Goza's counsel. Stanley is discharged; and he will not seek payment of any fee or expense from the Court given the settlement terms.

This matter is resolved except for consummation of the settlement by November 12th.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 Nov. 2010