UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC N. POLSTON                                                                PLAINTIFF

v.                            No. 3:08-cv-206-DPM

FORD MOTOR COMPANY, INC.                                         DEFENDANT

ORDER

Ford has satisfied the Judgment. *Document No. 144*. The Court therefore grants Ford's motion, *Document No. 145*, to discharge the surety on Ford's appeal bond. Safeco Insurance Company of America, as surety under Bond No. 7083, dated November 1, 2010, in the original amount of $13,167,684, is fully and unconditionally discharged and released from any and all past, present, and future liability under Bond No. 7083.

So Ordered.

*[signature]*
D.P. Marshall Jr.
Unite States District Judge

17 October 2011